UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EDWARD GUIDO,**

    **Plaintiff**

**vs.**                                              **CASE NO. 3:07-cv-105/RV/MD**

**ROYAL INDEMNITY COMPANY,**

    **Defendant.**
_____/

## ORDER RATIFYING STIPULATION AND DISMISSING ACTION AGAINST DEFENDANT WITH PREJUDICE

THIS CAUSE came before the Court upon the foregoing Joint Stipulation of the parties. The Court, having reviewed the Joint Stipulation, and being otherwise duly advised in the premises, states that it is hereby

ORDERED and ADJUDGED that the Joint Stipulation between Plaintiff, EDWARD GUIDO, and Defendant, ROYAL INDEMNITY COMPANY, be hereby ratified and approved. Accordingly, it is further

ORDERED and ADJUDGED as follows:

1. That the action against Defendant, ROYAL INDEMNITY COMPANY, be dismissed with prejudice;

2. That the parties to the Stipulation shall bear their respective costs and attorney's fees; and,

3. That all liens and/or subrogated interest be satisfied by the Plaintiff.

DONE and ORDERED this 5th day of November, 2007.

                                              /s/ *Roger Vinson*
                                              Roger Vinson
                                              Senior United States District Judge